United States District Court

Eastern District of California

Wayne Goodman,

    Petitioner,                           No. Civ. S 04-0076 GEB PAN P

  vs.                                 Order

Hal Barker,

    Respondent.

-oOo-

    April 7, 2005, petitioner requested a second extension of time to file and serve objections to the January 5, 2005, findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: April 26, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge