United States District Court

Eastern District of California

Wayne Goodman,

     Petitioner,　　　　　　　　　No. Civ. S 04-0076 GEB PAN P

  vs.　　　　　　　　　　　　　　Order

Hal Barker,

     Respondent.

-oOo-

   Petitioner seeks a fourth extension of time to file and serve objections to the court's January 5, 2005, findings and recommendations.  He asserts, again, he has difficulty obtaining access to legal materials.

   The court found petitioner's application for habeas relief contained some unexhausted claims.  Petitioner makes no showing there is any impediment to his comparison of the state petition with the one he filed here and responds to the findings and recommendation.

1      Accordingly, petitioner has not shown good cause for a
2  fourth extension of time and his May 25, 2005, request is denied.
3      So ordered.
4      Dated:  June 2, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge