IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE GOODMAN,

    Petitioner,               No. CIV S-04-0076 GEB PAN P

  vs.

HAL BARKER,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 5, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1 Neither party has filed objections to the findings and
2 recommendations.
3        The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7        1.  The findings and recommendations filed January 5,
8 2005, are adopted in full; and
9        2.  Respondent's April 21, 2004, motion to dismiss is
10 granted and the petition is dismissed without prejudice to
11 petitioner filing an amended petition containing only his
12 exhausted claims and a motion to stay this action and hold it in
13 abeyance while he exhausts his other claims.
14 Dated:  June 23, 2005

                             /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge

2