IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE GOODMAN,

    Petitioner,　　　　　　　　　　　No. CIV S-04-0076 GEB PAN P

  vs.

HAL BARKER,

    Respondent.　　　　　　　　　　　ORDER

        On February 9, 2006, petitioner filed a request for appeal bond forms.  The court granted respondent's motion to dismiss and this action was closed on June 24, 2005.  Documents filed since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 28, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\ good0076.58 hc